UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>v.  )<br>KIA MOORE  )<br>  )<br>  )<br>      Defendant.  ) | Case No. 13cr309 JAM<br><br>ORDER FOR RELEASE OF<br>   PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release, Kia Moore, 13cr309 JAM, from custody subject to the conditions as stated on the record and for the following reasons:

    \_\_\_   Release on Personal Recognizance

    \_\_\_   Bail Posted in the Sum of: $

        \_\_\_   Unsecured Appearance Bond

        \_\_\_   Secured Appearance Bond

        \_\_\_   (Other) Conditions as stated on the record.

      X   (Other) - DEFENDANT SENTENCED TO TIME SERVED ON 10/28/2014.

Issued at   Sacramento, CA   on 10/28/2014   at   11/45           A.M./P.M.

By        /S/
          John A. Mendez
          United States District Court Judge