CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E mail:  c.fry@att.net

Attorney for KIA MOORE,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIA MOORE,<br><br>　　　　　Defendants. | No. 2:13-CR-00309-JAM<br><br>**STIPULATION AND ORDER ADDING SPECIAL CONDITION OF SUPERVISED RELEASE** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, and as requested by the probation officer, that the following additional condition shall be added to the special conditions of supervised release imposed by this Court on October 28, 2014:

　　　　13.  As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.


Dated:  March 5, 2015　　　　　　　　　　/s/   Candace A. Fry
　　　　　　　　　　　　　　　　　　　　　CANDACE A. FRY, Attorney for
　　　　　　　　　　　　　　　　　　　　　KIA MOORE, Defendant

1

Dated: March 5, 2015

BENJAMIN B. WAGNER,
United States Attorney

By  /s/  Candace A. Fry for
MATTHEW M. YELOVICH,
Assistant United States Attorney

(Signed for Mr. Yelovich with his prior Authorization)

**O R D E R**

IT IS SO ORDERED.

Dated: 3/6/2015

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE